**TICKET CONTRACT**

---

**IMPORTANT NOTICE: THESE ARE THE TERMS AND CONDITIONS OF THE LEGALLY BINDING CONTRACT BETWEEN YOU AND OCEANIA CRUISES, INC. THIS TICKET/CONTRACT CONTAINS SUBSTANTIAL PENALTIES FOR CANCELLATION, AS WELL AS CERTAIN LIMITATIONS OF LIABILITY, INCLUDING LIMITATIONS CONCERNING OUR LIABILITY FOR YOUR DEATH, ILLNESS OR INJURY, AS WELL AS LIMITATIONS CONCERNING DAMAGE CLAIMS RELATING TO BAGGAGE AND PERSONAL PROPERTY. PLEASE READ ALL THESE TERMS AND CONDITIONS CAREFULLY, PARTICULARLY CLAUSES 10, 11 AND 27 GOVERNING OUR LIABILITY AND YOUR RIGHT TO SUE OR ARBITRATE. THANK YOU FOR TAKING THE TIME TO FAMILIARIZE YOURSELF WITH THESE TERMS AND CONDITIONS.**

1. **INTRODUCTION**

Upon booking the Cruise, You agree to be bound by all of the terms and conditions which follow, including specifically those regarding your rights to sue, claims subject to a binding arbitration, governing law, forum and jurisdiction. Except as otherwise expressly provided herein, this Ticket Contract constitutes the entire agreement between You and Carrier and supersedes all other agreements, oral, implied or written. In the event of a direct conflict between a provision of this contract and a provision of the *Cruise Industry Passenger Bill of Rights* (PBOR) in effect at the time of booking, the PBOR controls. Any alteration to any term of this Ticket/Contract must be in writing and signed by Carrier. Except as provided in Clause 27 below, should any provision of this Ticket/Contract be unenforceable, contrary to or invalid by virtue of the law of the jurisdiction in which this Ticket Contract is sought to be enforced or be so held by a court of competent jurisdiction, such provision(s) shall be deemed to be severed from the Ticket Contract and of no effect and all remaining provisions herein shall be in full force and effect and constitute the Ticket Contract. You agree that, except as otherwise expressly provided herein and in Clause 10(a), any and all disputes whatsoever arising out or relating to this Ticket Contract or Your cruise, as well as the interpretation, applicability, and enforcement of this Ticket Contract shall be governed exclusively by the general maritime law of the United States, without regard to choice of law rules, which replaces, supersedes and preempts any provision of law of any state or nation to the contrary.

**Carrier strongly recommends that You obtain Your own Vacation Protection Insurance coverage to protect against loss or damage to baggage and personal effects, trip cancellation and emergency evacuations, accidental death or injury, illness and medical expenses sustained or incurred in connection with Your Cruise.**

2. **DEFINITIONS**

   a. The terms "You", "Your" and "Guest" mean all persons purchasing or traveling under this Ticket Contract, including any accompanying minors, and each person's heirs and personal representatives. Your acceptance of this Ticket Contract represents Your acknowledgment and acceptance of these terms and conditions for You and for all other persons traveling under this Ticket Contract, all of whom accept and agree to all the terms and conditions set forth herein.

   b. The terms "We", "Us", "Our" and "Carrier" mean Oceania Cruises, Inc., its parent, subsidiaries and affiliates, as well as the owner of the Ship, and its affiliates. For purposes of the defenses, limitations of liability and rights of the Carrier set forth in this Ticket Contract only (but not with respect to any obligations herein or duty to provide passage), "Carrier" also includes the Ship named on the Ticket Contract (or any substituted Ship), the Ship's owners, operators, managers, charterers, and agents, any affiliated or related companies of Oceania Cruises, Inc., and in the case of each such entity, their officers, crew, pilots, agents or employees, and all concessionaires, independent contractors, shipbuilders and manufacturers of all component parts, launches, craft or facilities, whether provided at sea or on shore, belonging to any such Ship or owned or operated by its owners, operators, managers, agents, charterers, contractors or concessionaires.

   c. The term "Ship" means the vessel chartered, operated, or provided by Us as the carrier on which You travel and/or any substituted ship.

   d. The term "Master" means the Captain of the Ship or any person who acts under his authority.

   e. The term "Cruise" means all water transportation aboard the Ship and the Ship's tenders from the port of embarkation to the port of final destination which We agree to provide You pursuant to this Ticket Contract.

   f. The term "Cruise Fare" means the total amount paid, excluding Optional Facilities and Services Fees, in exchange for the Cruise.

g.    The term "CruiseTour" means those additional facilities and services  offered by Carrier and added to the Cruise, including but not limited to water transportation, air transportation, hotel accommodations and ground transportation.

h.    The term "CruiseTour Fare" means the total amount paid for the CruiseTour, excluding Optional Facilities and Services Fees and personal charges.

i.    The term "Prepaid Charges" means that amount, if any, paid by You to cover the cost of fuel and fuel surcharges concerning the specific itinerary of Your Cruise or CruiseTour.  Any increase or decrease in any component of Prepaid Charges may be made the subject of adjustment, in Our discretion.  The amount charged herein may vary.

j.    The term "Cabin Baggage" means all baggage allowed aboard the Ship and placed in Your stateroom according to these terms and conditions. "Other Baggage" means any of Your baggage or other personal property which has been stored at Your request in the Ship's baggage room, holds or safe against a receipt.

k.    The term "Optional Facilities and Services Fees" means all fees and charges which You voluntarily incur for items not included in Your Cruise or Cruise Tour Fare which may include, but are not limited to, vacation protection insurance coverage, transfer costs, shore excursions, spa treatments, internet, visas and prepaid gratuities and other optional purchases of products and/or services aboard the Ship, which are considered earned as those facilities and services are provided either by Us or by third party providers.

l.    "Cruise-related Government Fees and Taxes" of up to $24.50 per guest per day may include any and all fees, charges, tolls and taxes imposed by U.S. and/or foreign governmental or quasi-governmental authorities.  In the case of per ton or per vessel assessments, those assessments will be spread over the passenger capacity of the ship.  Government Fees and Taxes are subject to change and Carrier reserves the right to collect any increases in effect at the time of sailing even if the fare has already been paid in full.

3.    **CRUISE FARE AND CRUISETOUR FARE**

We acknowledge receipt of payment by You of the total Cruise Fare or CruiseTour Fare and We agree to transport You from the scheduled port of embarkation to the scheduled port of final destination according to all of the terms, conditions, limitations and exceptions contained in this Ticket Contract. The Cruise Fare paid by You covers all normal shipboard services and meals (except where a cover charge may be imposed in certain restaurants), unlimited soft drinks, bottled water, accommodations and facilities. The Cruise Fare does not include beer, wine, spirits, or other bottled beverages, or charges for other incidental items, activities, excursions, medical services or other personal services You purchase during the Cruise. Optional Facilities and Services, provided by independent contractors and third-party providers, may be added to the Cruise Fare by agreement in order to constitute a total CruiseTour Fare, subject to all of the terms and conditions of this Ticket Contract regarding Our liability.

4.    **CARRIER'S DISCRETION**

As the Carrier, We reserve the right at any time, without notice or liability for refund, payment or compensation of any kind or credit except as provided herein, to cancel any Cruise or CruiseTour, change or postpone the date or time of sailing or arrival, change the port of embarkation or final destination, shorten the Cruise or substitute the Ship, change or substitute any component of the CruiseTour including but not limited to aircraft, other transportation or any hotel at which You are scheduled to stay. If We make any of the changes described above, We will be responsible to You as follows in full and final settlement of all claims and liabilities of Carrier in connection with such actions:

a.    If We cancel the Cruise or CruiseTour before it has started, We will refund the full Cruise Fare or CruiseTour Fare that We have actually received (less any air or accommodation charges incurred).

b.    If the scheduled sailing date or time is delayed and as a result of that delay, You are not otherwise accommodated on board the Ship, We may arrange hotel accommodations and food at no additional expense to You for the duration of the delay.

c.    If the scheduled port of embarkation or final destination is changed, We will arrange transportation to the new port from the originally scheduled port.If the Cruise is terminated early due to an unresolved mechanical failure, We will make a proportionate refund of the Cruise Fare.  In such event, You are also entitled at Our option to transportation to the Ship's scheduled port of disembarkation or Your home city at Our expense.  Additionally, when such disembarkation caused by mechanical failure of the Ship at an unscheduled port requires an overnight stay, You are also entitled to lodging at the unscheduled port of disembarkation at Our expense.

d.    If the United States Department of State publishes a Public Announcement regarding a specific country or location included in the scheduled itinerary, We reserve the right to operate the Cruise or CruiseTour as scheduled or to change the itinerary, at Our discretion with no further liability for refund, payment, compensation or credit of any kind.

e.    If the Cruise is shortened or terminated, (for reasons other than mechanical failures of the Ship) We will, at Our option, either make a proportionate refund of the Cruise Fare or We will transfer You to another Ship or the port of final destination by other means. If the scheduled length of the Cruise is increased, You will have no responsibility for the cost

2

of the additional Cruise Fare and We will have no responsibility to pay or compensate You in any manner, including any direct or consequential damages. In either of the above circumstances, Our responsibility ends once We return You to the point of origination as booked and ticketed by Us.

f.   If any component of Your CruiseTour, such as the hotel at which You are scheduled to stay, is changed or substituted, We will use reasonable efforts to obtain a substitute for such component which is substantially equivalent thereto, but shall have no liability to You in connection with such substitution or change.

5.   **THIS TICKET CONTRACT IS NON-TRANSFERABLE**

This Ticket Contract is not transferable or assignable by You and is valid only on the Ship and for the Cruise or CruiseTour shown above. Please refer to Your Confirmation for payment terms. No reservations will be issued on a binding basis unless We, as the Carrier, or Our representative receive the required payments. We reserve all rights concerning the pricing and payment of all Cruise Fares and/or CruiseTour Fares. Cruise Fares and/or CruiseTour Fares together with Prepaid Charges and Optional Facilities and Service Fees incurred are agreed as fully earned and otherwise paid at the scheduled sailing or departure date, respectively, and will not be refunded in whole or in part except as otherwise noted in this Ticket Contract. Certain changes to Your reservations may constitute a cancellation and are therefore subject to cancellation charges as outlined in Clause 6 of this Ticket Contract.

6.   **CANCELLATION POLICY**

You are not entitled to any refund, payment, compensation of any kind or credit for cancellation except as provided in this section.  Cancellation penalties will apply when the entire Cruise booking is cancelled and applies to all travel, products and/or services purchased, including Cruise, airfare and land arrangements.  Cancellation charges are imposed regardless of resale of the Cruise, hotel or air components.  We highly recommend that Guests purchase vacation protection insurance.

A refund of amounts already paid to Us will be made, less any applicable cancellation penalty.  All appropriate refunds may be made either to You or to Your travel agent, if You are so represented, in the same form as received. If the cancellation charge is more than Your advance payment, You agree to be liable to Us for the difference.  Please note that some agents may, in their discretion, withhold an agency cancellation charge. We shall have no responsibility to You for any such agency cancellation charge.

Changes to a reservation after deposit and/or full payment, and prior to issuance of travel documents may result in assessment of administrative fees and service charges. Administrative fees and service charges will vary and are based on the type of change to Your Cruise departure, itinerary, package or air supplement. Guests are responsible for any additional costs incurred as a result of these changes. Some changes, including name changes, may also be considered cancellations and applicable fees will be assessed.

If a guest wishes to change a booking from cruise only to include cruise and air travel arrangements after the full amount of the purchase price for the cruise only package is due and payable, Carrier may in its sole discretion impose a change fee of up to $150 per person.  Bookings cannot be converted from cruise only to air/sea within thirty (30) days of sailing.

Any changes to a reservation that result in imposition of airline or other cancellation fees are the responsibility of the Guest. No refund, payment, compensation or credit of any kind will be made for lost tickets, unused or partially used portions of the Cruise, air or land programs, including shore excursions, except as specifically outlined in this Ticket Contract.  It is the Guest's sole responsibility to obtain and have available when necessary the appropriate valid travel documents, including without limitation, passports, visas, proof of citizenship, re-entry permits, minor's permissions, medical certificates and all other documents necessary for ports of call in the countries to which Guest will travel.  We reserve the right to consider this Ticket Contract as canceled and the applicable fare forfeited if You do not use this Ticket Contract for the Ship or other Ships substituted, or land arrangements for the date mentioned, for Your failure to bring proper travel and/or health documents as required, or should this Ticket Contract become lost or mislaid, or if You use this Ticket Contract for only part of the voyage or tour indicated hereon, for any reason, whether or not due to causes beyond Your control.

The following cancellation penalties apply to cruises of 1 to 14 days in length:

| | |
|---|---|
| 120 - 91 days or more prior to departure | $250.00 pp Administration Fee + |
| 90 – 76 days prior to departure | 25% of Cruise Fare (plus any Optional Facilities and Services Fees incurred) |
| 75 – 61 days prior to departure | 50% of Cruise Fare (plus any Optional Facilities and Services Fees incurred) |
| 60 – 31 days prior to departure | 75% of Cruise Fare (plus any Optional Facilities and Services Fees incurred) |
| 30 – 0 days prior to departure | 100% of Cruise Fare (plus any Optional Facilities and Services Fees incurred) |

The following applies to cruises of 15 days in length or more:

| | |
|---|---|
| 180 – 151 days prior to departure | $250.00 pp Administration Fee + |
| 150 – 121 days prior to departure | 25% of Cruise Fare (plus any Optional Facilities and Services Fees incurred) |
| 120 - 91 days prior to departure | 50% of Cruise Fare (plus any Optional Facilities and Services Fees incurred) |
| 90 - 61 days prior to departure | 75% of Cruise Fare (plus any Optional Facilities and Services Fees incurred) |
| 60 – 0 days prior to departure | 100% of Cruise Fare (plus any Optional Facilities and Services Fees incurred) |

For Owner's, Vista and Oceania Suites the cancellation amounts are as listed above with the exception of cruise less than 15 days the cancellation amount is 10% of the Fare from 91 to 120 days prior to sailing and for cruises 15 days or longer the cancellation amount is 10% of the Fare from 151 to 180 days prior to sailing.

+ The Administration Fee may be converted to a future cruise credit redeemable on bookings made up to 12 months after cancellation and for travel any time.

*Around the World and World Odyssey Cruises*:

| | |
|---|---|
| Deposit to 181 Days prior to departure | $500.00 pp |
| 151 - 180 days prior to departure | 25% of Cruise Fare (plus any Optional Facilities and Services Fees incurred) |
| 121 - 150 days prior to departure | 50% of Cruise Fare (plus any Optional Facilities and Services Fees incurred) |
| 91 - 120 days prior to departure | 75% of Cruise Fare (plus any Optional Facilities and Services Fees incurred) |
| 90 - 0 days prior to departure | 100% of Cruise Fare (plus any Optional Facilities and Services Fees incurred) |

A 100% cancellation fee will be imposed as indicated above for non-appearance at the port of Cruise embarkation at the scheduled time of departure, or the absence of written notice.

The following applies to the cancellation of the Optional Facilities and Services listed below:

| | | |
|---|---|---|
| Pre-/Post-Cruise Hotel Packages | Within 45 days of cruise departure | 100% fee |
| Pre-/Post-Cruise Land Packages | Within 60 days of cruise departure | 100% fee |
| Overland Tours | Within 45 days of cruise departure | 100% fee |
| A La Carte Shore Excursions | Within 36 hours of tour departure | 100% fee |
| Unlimited Passport & Your World Packages | On or after embarkation day | 100% fee |
| Executive Collections | Within 36 hours of tour departure | 100% fee |
| Regular and Private Transfers | Within 4 days of transfer date | 100% fee |
| Visa Packages | Within 60 days of cruise departure | 100% fee |

7. **GUEST'S WARRANTIES; RIGHT TO REFUSE PASSAGE, CONFINE YOU TO STATEROOM OR DISEMBARK YOU**

You warrant that You and all other Guests traveling with You are physically, emotionally and otherwise fit to undertake the Cruise or CruiseTour; that You and they have received all medical inoculations necessary; that You and they will at all times comply with the Ship's rules and regulations and orders and directions of the Ship's Master, officers and medical staff, and that Your conduct will not impair the safety of the Ship or jeopardize or inconvenience yourself or other guests. We may, without liability for any refund, payment, compensation or credit of any kind, refuse to embark, or may disembark, confine to a stateroom, quarantine or limit the activities during the Cruise at any time or at any port any Guest who may be suffering from contagious or infectious disease or whose presence, or that of any accompanying child, in the opinion of the Carrier, the Master, or any doctor, may be detrimental to the comfort, enjoyment or safety of other persons, or who, in the Carrier's or Master's opinion, might create a risk of harm to himself/herself or any other person, or who may be excluded from landing at the destination by Immigration or other Governmental Authorities. In such cases, the Guest shall not be entitled to any refund of the Cruise Fare or CruiseTour Fare or any payment, compensation or credit whatsoever.

8. **EMBARKATION**

Upon embarkation, You shall have in Your possession this Ticket Contract, valid passport, visas, inoculations card, minor's permissions and all other documents necessary for the scheduled ports of call and final destination. We, as Carrier, shall not be liable for any losses or delays incurred by Your failure, or that of others, to maintain all of said necessary documents. You are required to be at the airport gate at least two (2) hours prior to the scheduled departure of air transportation and are required to be aboard the Ship at least one (1) hour before scheduled departure time. We reserve the right, in Our sole discretion, to deny embarkation to any person for any reason other than discrimination on the basis of race, religion, national

4

origin, gender, sexual preference, disability or other legally impermissible classification. In any case described in the preceding sentence, We shall refund to You the Cruise Fare or CruiseTour Fare paid by You and We shall have no further liability to You whatsoever. In addition, Clause 19 below requires You to advise Us in writing of any physical, emotional or mental condition which may require special attention, accommodation or treatment during the Cruise and to advise Us if You require the use of a wheelchair or other similar permitted equipment or a service animal. Under Clause 19, We may require as a condition to embarkation a certificate of fitness for certain Guests. You may be refused embarkation if You fail to follow the certificate of fitness requirement of Clause 19 or if You attempt to bring on the Ship equipment not permitted on board, in which case You shall forfeit the applicable Cruise Fare or CruiseTour Fare in full, and We shall have no further liability to You whatsoever.

9. **CARRIER'S RIGHTS**

The Ship, either before embarkation or at any time thereafter and whether or not required by any maritime necessity, may remain in port, proceed by any route and deviate from or change the advertised scheduled or intended route at any stage of the voyage and may proceed to and stay at any places whatsoever, although in a contrary direction to, or outside of, or beyond the usual route, one or more times, in any order, for loading or discharging fuel, stores, laborers, stowaways, guests, or members of the Ship's company, for this, or any prior or subsequent voyage and/or for any purpose whatsoever that We, as Carrier, or the Master may deem advisable. Any such procedure shall be considered not to be a deviation but within the voyage herein intended as fully as if specifically described herein. The above mentioned provisions are not to be considered as restricted by any words of this Ticket Contract. The Ship may adjust compass, drydock or go on ways before or after commencement of the voyage and may sail without pilots, tow or be towed, and assist vessels in all situations and deviate for the purposes of saving life or property. Except as provided in Clause 4(c) above, if the performance of the proposed voyage is hindered or prevented (or in the opinion of the Carrier or Master, is likely to be hindered or prevented) by war, hostilities, blockage, ice, labor conflicts, weather, surf, shallow waters, insurrections, disturbances, on board or ashore, restraint of any Governmental Authority, breakdown of the Ship, congestions, docking difficulties or any other cause whatsoever, or if We, as Carrier, or the Master of the Ship consider that for any reason whatsoever, beyond the control of the Carrier, proceeding to, attempting to enter, or entering or remaining at any port may expose the Ship to risk of loss or damage, or be likely to delay the Ship, You and Your baggage may be landed at any port or place at which the Ship may call, in which event Our responsibility shall cease and this Ticket Contract shall be deemed to have been fully performed, or if You have not embarked, We may cancel the proposed voyage without liability to refund any Cruise or CruiseTour Fares paid in advance.

10. **CARRIER'S LIABILITY**

   a.      ON INTERNATIONAL CRUISES WHICH NEITHER EMBARK, DISEMBARK NOR CALL AT ANY U.S. PORT AND WHERE THE GUEST COMMENCES THE CRUISE BY EMBARKATION OR DISEMBARKS AT THE END OF THE CRUISE IN A PORT OF A EUROPEAN MEMBER STATE, CARRIER SHALL BE ENTITLED TO ANY AND ALL LIABILITY LIMITATIONS AND IMMUNITIES FOR LOSS OF OR DAMAGE TO LUGGAGE, DEATH AND/OR PERSONAL INJURY AS PROVIDED UNDER EU REGULATION 392/2009 ON THE LIABILITY OF CARRIERS TO PASSENGERS IN THE EVENT OF ACCIDENTS.  UNLESS THE LOSS OR DAMAGE WAS CAUSED BY A SHIPPING INCIDENT, WHICH IS DEFINED AS A SHIPWRECK, CAPSIZING, COLLISION OR STRANDING OF THE SHIP, EXPLOSION OR FIRE IN THE SHIP, OR DEFECT IN THE SHIP (AS DEFINED BY THE REGULATION), CARRIER'S LIABILITY IS LIMITED TO NO MORE THAN 400,000 SPECIAL DRAWING RIGHTS ("SDR") (APPROXIMATELY U.S. $608,000, WHICH FLUCTUATES DEPENDING ON THE DAILY EXCHANGE RATE AS PUBLISHED IN THE *WALL STREET JOURNAL*) IF THE PASSENGER PROVES THAT THE INCIDENT WAS A RESULT OF CARRIER'S FAULT OR NEGLECT.  IF THE LOSS OR DAMAGE WAS CAUSED BY A SHIPPING INCIDENT, CARRIER'S LIABILITY IS LIMITED TO NO MORE THAN 250,000 SDRS (APPROXIMATELY U.S. $380,000, WHICH FLUCTUATES DEPENDING ON THE DAILY EXCHANGE RATE AS PUBLISHED IN THE *WALL STREET JOURNAL*).  COMPENSATION FOR LOSS CAUSED BY A SHIPPING INCIDENT CAN INCREASE TO A MAXIMUM OF 400,000 SDRS UNLESS CARRIER PROVES THAT THE SHIPPING INCIDENT OCCURRED WITHOUT CARRIER'S FAULT OR NEGLECT.  SHIPPING INCIDENTS DO NOT INCLUDE ACTS OF WAR, HOSTILITIES, CIVIL WAR, INSURRECTION,

NATURAL DISASTERS, OR INTENTIONAL ACTS OR OMISSIONS OF THIRD PARTIES.  IN CASES WHERE THE LOSS OR DAMAGE WAS CAUSED IN CONNECTION WITH WAR OR TERRORISM, CARRIER'S LIABILITY FOR ANY PERSONAL INJURY OR DEATH (WHETHER OCCURRING DURING A SHIPPING INCIDENT OR A NON-SHIPPING INCIDENT) IS LIMITED TO THE LOWER OF 250,000 SDRS PER PASSENGER OR 340 MILLION SDRS PER SHIP PER INCIDENT.  PUNITIVE DAMAGES ARE NOT RECOVERABLE FOR CRUISES COVERED BY EU REGULATION 392/2009.  FOR A COPY OF EU REGULATION 392/2009, VISIT HTTP://EUR-LEX.EUROPA.EU/LEXURISERV/LEXURISERV.DO?URI=OJ:L:2009:131:0024:0046:EN:PDF.   IN ADDITION, GUESTS EMBARKING A CRUISE IN A EUROPEAN MEMBER STATE PORT ARE AFFORDED RIGHTS UNDER EU REGULATION 1177/2010.  FOR ADDITIONAL INFORMATION ON EU REGULATION 392/2009 AND EU REGULATION 1177/2010, VISIT OUR WEBSITE AT http://www.oceaniacruises.com/corporate/legal/default.aspx

b.   ON ALL OTHER CRUISES CARRIER SHALL BE ENTITLED TO ALL THE EXEMPTIONS FROM AND LIMITATIONS OF LIABILITY PROVIDED IN OR AUTHORIZED BY THE LAWS OF THE UNITED STATES (INCLUDING TITLE 46 U.S. CODE SECTIONS 30501-30509, AND 30511).

c.   Force Majeure:  Carrier shall not be liable in any way to the Guest for death, bodily injury, illness, damages, delay or other loss or detriment to person or property or for the Carrier's failure to commence, perform and/or complete any duty owed to You if such death, delay, bodily injury, (including emotional distress or injury), illness, damage or other loss or detriment to person or property is caused by Act of God, war or warlike operations, terrorist activities, civil commotions, labor difficulties, whether or not Carrier is a party thereto, interference by authorities, requisitioning of the Ship, political disturbance, inability to secure or failure of supplies, perils of the sea, collision, foundering of the Ship, explosion, riot, insurrection and governmental restraint, fire, or any other cause whatsoever beyond Our reasonable control.

d.   No Liability Unless Carrier at Fault: Under no circumstances shall Carrier be liable without fault and no warranty, either express or implied, applies to any of the services, accommodations, facilities, activities, personnel, acts or omissions whatsoever received in connection with this Ticket Contract. If any claim is brought against Us in a jurisdiction where any of the applicable limitations and exemptions contained in this Ticket Contract are legally unenforceable, then in such event, We shall not be liable for death, injury, illness, damage, delay or other loss or detriment to person or property arising out of any cause of whatsoever nature if not shown to have been caused by Our negligence.

e.   Baggage and Property: We shall not be liable for loss of or damage to Your property in any amount exceeding US$500 per Guest. Should You desire an extension of Our liability of US$500, You should declare the true value of the property in writing and pay to Us an amount of money calculated at 5% of the true value declared, up to US$5,000. Liability will then be extended to the amount of the true value declared, but in no event exceeding US$5,000. We shall in no event be liable for the loss of or damage to cash, securities, gold, silverware, jewelry, ornaments, works of art or other valuables, including but not limited to those specified in Title 46 of the United States Code Section 30503, unless the same have been deposited with Us against receipt for the agreed purpose of safekeeping. In the event of such a deposit, Our liability for loss or damage thereof shall be limited to US$500, unless value exceeding that amount be declared in writing. If the declared value exceeds US$100, We are entitled to charge 5% of value declared, up to US$5,000. Upon payment of this charge, liability, if any, will be extended to the true value declared but in no event shall We be liable for an amount exceeding US$5,000.

Luggage for Carrier's Guests must be handled pursuant to regulations and tariffs of airlines, government security requirements and ground operators. Luggage exceeding these limitations will be subject to charges as set forth by the individual operators, including any excess baggage charges. Carrier reserves the right to refuse any items that may be considered dangerous (explosives, firearms, compressed gases, liquid oxygen, combustible or illegal items) or controlled or prohibited substances, or any other item prohibited by applicable law or that Carrier or Master deems in its sole discretion to be detrimental to the safety or comfort of any person.  You agree and consent to Carrier's right to search any baggage and enter and conduct a reasonable search of Your stateroom, personal safe or storage spaces or search You, and You agree and consent to the removal and confiscation or destruction of any object in the interest of international security and safety at sea and in the interest of the convenience and safety of other guests. All hand-carried luggage and personal effects are the

6