UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-21340-CIV-MORENO

DIANE URE and THOMAS URE, JR.,

    Plaintiffs,

vs.

OCEANIA CRUISES, INC. and FABIAN BONILLA, M.D.,

    Defendants.
_____/

## ORDER DENYING PLAINTIFFS' MOTION TO IMPRESS SERVICE ON DEFENDANT DR. FABIO BONILLA AND REQUEST TO DEEM HIM SERVED AND NOTIFIED IN ACCORDANCE WITH FEDERAL RULE 4

THIS CAUSE came before the Court upon Plaintiffs' Motion to Impress Service on Defendant Dr. Fabio Bonilla and Request to Deem him Served and Notified in Accordance with Federal Rule 4 **(D.E. No. 9)**, filed on **June 5, 2014**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. Defendant Oceania Cruises, Inc. has provided Plaintiffs with Defendant Bonilla's last known address. Defendant Bonilla's last known address is in Ecuador. Plaintiffs have not followed any procedures available under Rule 4(f) to serve a defendant in a foreign county. Plaintiffs have also not complied with the procedures of Rule 4(e) for service of an individual inside the United States. Instead, Plaintiffs have only argued that Defendant Bonilla is under the full custody and control of Defendant Oceania and that impressing service is necessary as a result. Plaintiffs have cited no law for this and the Court has found none supporting the position. Thus, Plaintiffs' motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of June, 2014.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record